**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

FILED

SEP 1 2 2005

MARCELLUS WILLIAMS,                    )

Petitioner,                    )

vs.                    )

DONALD ROPER,                    )

Respondent.                    )

4: 05CV01474RWS

EASTERN DISTRICT OF MO

No. _____

## MOTION TO APPOINT COUNSEL IN A HABEAS CORPUS PETITION ACTION IN A DEATH PENALTY CASE

COMES NOW, Marcellus Williams, *pro se* and informs this Court of the following:

1. Following a trial in St. Louis County, I was convicted of first degree murder, §565.020 RSMo 2000, first degree burglary, §569.160, first degree robbery, §569.020, and two counts of armed criminal action, §571,015.1. I was sentenced to death on the murder charge, life on the robbery, and thirty years on each of the remaining counts, to be served consecutively.

2. On June 21, 2005, the Missouri Supreme Court affirmed the denial of my Rule 29.15 post-conviction action.

3. My present state appointed Missouri Public Defender counsel Melinda K. Pendergraph has filed a motion for rehearing. The Missouri Supreme Court denied the rehearing motion on August 30, 2005. Since my state appeals are over, I want to proceed with a writ of habeas corpus.

4. In *McFarland v. Scott*, 114 S.Ct. 2568, 2571 (1994) (emphasis added), the Court indicated that Section 848(q)(4)(B) "[o]n its face, . . . grants indigent capital

1

defendants *a mandatory right* to qualified legal counsel and related services '[i]n any [federal] postconviction proceeding.'" Under Section 848 (q)(4)(B), a post-conviction proceeding "is commenced by the filing of a death row defendant's motion requesting the appointment of counsel for his federal habeas corpus proceeding." *Id.* at 2572-73. Under *McFarland*, this Court is required to appoint counsel to represent me and that counsel is entitled to compensation under federal law.

5. My present state appointed attorney, Melinda K. Pendergraph, has communicated with Attorney Kent E. Gipson of the Public Interest Litigation Clinic about accepting an appointment to represent me in an application for a writ of habeas corpus. Mr. Gipson indicated that he and Mr. Bill Odle would be willing to accept an appointment from this Court to represent me.

6. Both Kent Gipson and Bill Odle have substantial experience in representing petitioners in federal habeas corpus actions, and in particular, death sentenced petitioners. Mr Gipson and Mr. Odle can be contacted at:

Public Interest Litigation Clinic
305 East 63rd Street
Kansas City, MO 64113
Office Phone: (816) 363-2795
Fax: 816-363-2799
E-Mail: pilc@pilc.net

7. This Court should now appoint Mr. Gipson and Mr. Odle. My case file, like most death penalty cases, is large and will require a substantial expenditure of time to review. In *Snow v. Ault*, 238 F.3d 1033, 1033-36 (8th Cir. 2001), the Eighth Circuit ruled that under the AEDPA the time for filing my habeas corpus petition will commence running when rehearing is ruled on. For these reasons, this Court should now appoint

2

counsel to represent me in order to allow timely and thorough presentation of my claims to this Court.

WHEREFORE, Marcellus Williams, *pro se,* moves this Court to appoint counsel to represent me on an application for a writ of habeas corpus and to appoint counsel who have expressed a willingness to accept an appointment, Kent E. Gipson and Bill Odle, and to now make such appointment.

Respectfully submitted,

Marcellus Williams,
Inmate ID #163729

## CERTIFICATE OF SERVICE

I, Marcellus Williams, hereby certify that on this _____ day of _____, 2005, a true and correct copy of the foregoing was mailed postage pre-paid to the Office of the Attorney General, P.O. Box 899, Jefferson City, Missouri 65102.

Marcellus Williams,
Inmate ID #163729

3



# CLERK OF THE SUPREME COURT
## STATE OF MISSOURI
### POST OFFICE BOX 150

THOMAS F. SIMON

CLERK

### JEFFERSON CITY, MISSOURI
### 65102

TELEPHONE

(573) 751-4144

August 30, 2005

RECEIVED

AUG 3 1 2005

Ms. Melinda K. Pendergraph
Office of State Public Defender
3402 Buttonwood
Columbia, MO 65201

In Re: Marcellus Williams, Appellant, vs. State of Missouri, Respondent.
Missouri Supreme Court No. SC86095

Dear Ms. Pendergraph:

Please be advised that the Court issued the following order on this date in the above-entitled cause:

"Appellant's motion for rehearing overruled. Opinion modified on Court's own motion."

I have enclosed a copy of the modified opinion of the Court for your information.

Very truly yours,

THOMAS F. SIMON

Cynthia L. Turley
Deputy Clerk, Court en Banc

cc:
Mr. Evan J. Buchheim/Office of Missouri Attorney General