# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| MARCELLUS WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV01474RWS |
| | ) | CAPITAL CASE |
| DONALD ROPER, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF FILING EXHIBITS

The following exhibits are maintained in paper form and will be mailed to the United

States District Court for the Eastern District of Missouri, Eastern Division.

1. Volume 1 of the trial transcript;

2. Volume 2 of the trial transcript;

3. Volume 3 of the trial transcript;

4. Volume 4 of the trial transcript;

5. Volume 5 of the trial transcript;

6. Volume 6 of the trial transcript;

7. Volume 7 of the trial transcript;

8. Volume 8 of the trial transcript;

9. Volume 9 of the trial transcript;

10. Volume 10 of the trial transcript;

11. Volume 11 of the trial transcript;

12. Volume 12 of the trial transcript;

13.   Volume 13 of the trial transcript;

14.   Volume 14 of the trial transcript;

15.   Volume 15 of the trial transcript;

16.   Volume 16 of the trial transcript;

17.   Volume 17 of the trial transcript;

18.   Volume 18 of the trial transcript;

19.   Volume 1 of the Legal file;

20.   Volume 2 of the legal file;

21.   Volume 3 of the legal file;

22.   Volume 4 of the legal file and the supplemental legal file;

23.   Williams' Direct Appeal brief;

24.   The State's Direct Appeal brief;

25.   Williams' Reply Brief;

26.   The opinion of the Missouri Supreme Court affirming the conviction and sentence;

27.   The post-conviction review hearing transcript;

28.   The motion to compel hearing transcript;

29.   Volume one of the post-conviction review legal file;

30.   Volume two of the post-conviction review legal file;

31.   Volume three of the post-conviction review legal file;

32.   Volume four of the post-conviction review legal file;

33.    Volume five of the post-conviction review legal file;

34.    Petitioner's state post-conviction review appellate brief;

35.    The appendix to Petitioner's state post-conviction review appellate brief;

36.    The state's post-conviction review appellate brief;

37.    Petitioner's reply brief;

38.    The opinion of the Missouri Supreme Court affirming the denial of post-conviction relief.

Respectfully submitted,

**JEREMIAH W. (JAY) NIXON**
Attorney General

/s/ Michael J. Spillane
**MICHAEL J. SPILLANE**
Assistant Attorney General
Missouri Bar No. 40704
Post Office Box 899
Jefferson City, Mo 65102-0899
(573) 751-3321
Facsimile: (573) 751-3825
***Attorneys for Respondent***


**CERTIFICATE OF SERVICE**

The undersigned counsel hereby
certifies that a true and correct copy
of the foregoing document,
should be sent by this Court's electronic filing system this [7th]
day of December, 2006, to:

Kent E. Gipson
William C. Odle
305 E. 63rd Street
Kansas City, Missouri 64113


/s/ Michael J. Spillane
**MICHAEL J. SPILLANE**

4