In the
# CIRCUIT COURT
of St. Louis County, Missouri

State of Missouri
Plaintiff(s)

vs.

Marcellas Williams
Defendant(s)

Date 4/2/01

Case Number 00CR-2972

Division 11

**FILED**

DIV. APR 02 2001 11

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Order

It is hereby ordered that the St Louis Empowerment Center comply with the subpoena served upon the custodian of records by the Public Defender's Office to produce to the court for its in camera inspection all records relating to the care, treatment, diagnosis and/or examination, and all records relating to same, of Ms. Laura Asaro.

The records are to be produced by April 3, 2001, at 9:00 a.m. in Division 11 of the St. Louis County Courthouse

A copy of this order was delivered to the Prosecuting Attorney's Office on this 2nd day of April, 2001.

**SO ORDERED**

_____
Judge

ENTERED: April 2, 2001
(Date)

Attorney                                    Bar No.

_____
Address

Phone No.                                   Fax No.

Attorney                                    Bar No.

_____
Address

Phone No.                                   Fax No.

143