



MISSOURI STATE HIGHWAY PATROL
CRIME LABORATORY DIVISION
*An ASCLD Accredited Laboratory*
Forensic Laboratory Report

LABORATORY NUMBER:  L-155679

SUBMITTING AGENCY: University City Police Department
TYPE OF CRIME:  Homicide
DATE OF CRIME:  08-11-1998
LOCATION OF CRIME:  University City, MO
AGENCY REPORT #:  98-7690
ASSOCIATED NAME(s):  Gayle, Felicia (victim)

FIRST REPORT OF THIS CASE

TRACE EXAMINATIONS BY JENNY M. SMITH

Trace evidence was collected from the rug of Specimen 1.  A six inch blond head hair and two gray pubic hairs were found on the rug which appear foreign to the victim's head and pubic hair controls (2).  If hair controls from any individual under investigation are submitted, further comparisons can be made.  For elimination purposes, hair controls from any other persons residing at the victim's residence should also be submitted.

Other trace evidence (fibers) collected from the rug is available for comparisons if suspect items are submitted.

"The undersigned, do hereby certify that the above and foregoing is a true and accurate copy of the results of lab tests conducted.
Signed this _____ 2ctu _____ day of _____ March _____, 19 99 ".

_____
Jenny M. Smith - Criminalist

PLEASE REFER TO THE ABOVE MISSOURI STATE HIGHWAY PATROL CRIMINAL LABORATORY NUMBER FOR ALL CORRESPONDENCE AND SUBPOENA INFORMATION REGARDING THIS CASE.

The specimen(s) submitted should be picked up as soon as possible.

JMS:sns

446.