


**MISSOURI STATE HIGHWAY PATROL**
**CRIME LABORATORY DIVISION**
***An ASCLD Accredited Laboratory***
Forensic Laboratory Report

**LABORATORY NUMBER:   L-155679**

**SUBMITTING AGENCY:** University City Police Department
**TYPE OF CRIME:**  Homicide
**DATE OF CRIME:**  August 11, 1998
**LOCATION OF CRIME:**  University City, MO
**AGENCY REPORT #:**  98-7690
**ASSOCIATED NAME(s):**  Gayle, Felicia        VIC
                          Picus, Dan          ELI

### SECOND REPORT OF THIS CASE

### TRACE EXAMINATIONS BY JENNY M. SMITH

The questioned head and pubic hairs found on the rug of specimen 1 and which appeared foreign to the victim's head and pubic hair were compared to the head and pubic hair controls of Dan Picus (3).  The questioned hairs are not similar microscopically to the hair controls from Dan Picus.  If hair controls from any indiviual under investigation are submitted further comparisons can be made.

"The undersigned, do hereby certify that the above and foregoing is a true and accurate copy of the results of lab tests conducted.
Signed this _____7th_____ day of _____June_____, _19__99__ ".

_____
Jenny M. Smith — Criminalist

**PLEASE REFER TO THE ABOVE MISSOURI STATE HIGHWAY PATROL CRIMINAL LABORATORY NUMBER FOR ALL CORRESPONDENCE AND SUBPOENA INFORMATION REGARDING THIS CASE.**

The specimen(s) submitted should be picked up as soon as possible.

JMS:csc

579.