# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MARCELLUS WILLIAMS,              )
        Petitioner             )
                        )
      v.                    )    Case No. 4:05CV-01474 RWS (ECF)
                        )
DONALD ROPER,               )
        Respondent.         )

## RESPONSE TO PETITIONER'S REPLY

## MEMORANDUM

Williams asserts that Respondent Dormire does not oppose DNA testing (Document 37).  Respondent <u>does</u> oppose DNA testing and other discovery for the reasons set out by this Court in its Order of March 30, 2007 denying Williams motions that were made in documents 10, 11 and 16 (Document 34).  The substantive claims can all be resolved by review of the record without discovery, DNA testing, or an evidentiary hearing.  There is no good cause for DNA testing or other discovery, and no need for an evidentiary hearing.

WHEREFORE, Respondent prays that this Court not overturn its order of March 30, 2007 denying motions for discovery, DNA testing and an evidentiary hearing.

Respectfully submitted,

**JEREMIAH W. (JAY) NIXON**
Attorney General
 /s/Michael J.Spillane

_____

**MICHAEL J. SPILLANE**
Assistant Attorney General
Missouri Bar No. 40704
Post Office Box 899

Jefferson City, MO 65102-0899

Telephone:  (573) 751-3321
Facsimile:   (573) 751-3825
**Attorneys for Respondent**

## CERTIFICATE OF SERVICE

True and Correct copies of this pleading
were mailed on this _24th___ day of May, 2007
to:

Kent E. Gipson
#34524
Public Interest Litigation Clinic
305 East 63rd Street
Kansas City, MO 64113

Lori Leon Ohio #0965584
Public Interest Litigation Clinic
305 East 63rd Street
Kansas City, MO 64113

/s/Michael J. Spillane

_____
Assistant Attorney General