# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **MARCELLUS WILLIAMS,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. 4:05-CV-01474-RWS** |
| | ) |
| **DONALD ROPER,** | ) |
| | ) |
| **Respondent.** | ) |

## PETITIONER WILLIAMS' MOTION TO STRIKE RESPONDENT'S "RESPONSE TO PETITIONER'S REPLY MEMORANDUM"

Petitioner Williams moves this Court to strike Respondent's "Response to Petitioner's Reply Memorandum," Doc. 39, for two reasons.

First, Local Rule 7-4.01(C), permits memoranda additional to a reply memorandum to be filed "only with leave of Court." Respondent lacked such leave.

Second, two months ago, on March 30, 2007, this Court correctly held that Respondent "does not respond to the request for additional DNA testing and for comparison to state and federal DNA databases," Order, Doc. 34 at 13. Respondent chose not to request reconsideration of this holding. In fact, Respondent had had a full and fair opportunity to respond to this request in his Response to Order to Show

1

Cause, Doc. 22.  While he chose to present arguments opposing non-DNA-related discovery, Doc. 22 at 42-43, *he chose not to present arguments opposing additional DNA testing and comparison.*  Petitioner Williams noted this fact in his Motion for Reconsideration, Doc. 35-1 at 1-2 and 6, filed six weeks ago, on April 9, 2007. Respondent chose not to oppose Petitioner's Motion for Reconsideration.

Because Respondent had a full and fair opportunity to present arguments in his Response, because Respondent chose not to respond to Petitioner's requests for additional DNA testing and comparison, and because Respondent argues that Petitioner Williams carries the burden of presenting new evidence to support his actual innocence claim, Doc. 22 at 24, this Court should grant  Petitioner's Motion to Strike. *See Cross v. St. Louis Area Jobs With Justice*,  2006 WL 2033583 at *4 (E.D.Mo. 7/18/2006) (D.J. Sippel) (granting defendant's  motion to strike plaintiff's pleading where plaintiff had had "full and fair opportunity to present his evidence in support of his claim in his response brief.")

Petitioner Williams respectfully requests that this Court grant this motion to strike.

Respectfully submitted,

/s/ Kent E. Gipson
KENT E. GIPSON          #34524
Public Interest Litigation Clinic
305 East 63rd Street
Kansas City, MO  64113
816-363-2795 • Fax 816-363-2799

/s/ Lori Leon
LORI LEON          Ohio #0065584
Public Interest Litigation Clinic
305 East 63rd Street
Kansas City, MO  64113
816-363-2795 • Fax 816-363-2799

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Michael J. Spillane, Assistant Attorney General, P.O. Box 899, Jefferson City, Missouri 65102.

/s/ Kent E. Gipson

KENT E. GIPSON  -  #34524
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

3