Case: 4:05-cv-01474-RWS    Doc. #:  45-2    Filed: 08/31/07    Page: 1 of 1 PageID #: 474

# EXHIBIT 15

*Petitioner's Notice of Filing*
*Exhibit 15 to His Traverse*