# EXHIBIT 16

*8/26/98*
*University City, Missouri*
*Police Report*

| DEPARTMENT REPORTING University City | CODE 85 | | SUPPLEMENTARY INVESTIGATIVE AND/OR DISPOSITION REPORT | DEPT. FI. NO. 98-8237    OCN: 98-7690 |
|---|---|---|---|---|
| | | | | ORIGINAL UCR CLASSIFICATION Homicide |
| ISION BOI | PRECINCT 3 | COGIS 204.3 | | CERTIFIED AS: (XX)ACTIVE( )CLEARED BY ARREST( )UNF ( )INACTIVE( )EXCEPTIONALLY CLEARED |
| DATE/ORIGINAL REPORT 08-11-98 | DAY OF WEEK Tues. | | | RECLASSIFICATION (IF APPLIES) |
| DATE/TIME, THIS REPORT 08-26-98    1145 | DAY OF WEEK Wed. | | | |

| VICTIM/COMPLAINANT (BUSINESS) | RESIDENCE ADDRESS 6946 Kingsbury | RES. PHONE 721-7933* |
|---|---|---|
| Gayle, Felicia Anne | PLACE OF OCCURRENCE 6946 Kingsbury | |

*Please note, the victim's telephone number listed on the original report is incorrect. This number is the corrected number.

On Thursday morning, 08-20-98, at 1100 hrs., I responded to the St. Louis County Medical Examiner's Office and there met with Chief Medical Examiner Dr. Mary Case, M.E.'s Chief Investigator Terry Ledbetter, Det. Lt. John Belmar (St. Louis County P.D.) and Det. Nancy Cadenhead (St. Louis County P.D.). Dr. Case had called the meeting to discuss the possible connection between our case and the Pagedale P.D. stabbing death of Mrs. Debra McClain (Pagedale Police Report #98-5579, 07-18-98).

After reviewing the scene photos, M.E. reports and police reports from both investigations, Dr. Case was struck by the similarity of both cases. She commented on:

    a. age of the victims (McClain was 40, Gayle was 42),

    b. similarity of build (both petite white women with large breasts and long brown hair),

    c. injuries (both stabbed on right side of neck, numerous stab wounds on front and back upper trunk area),

    d. similarity of crime scene (very little disturbed, victim stabbed with knife from her own kitchen drawer, purses missing from both houses, knife left in victims' right side head or neck)

    e. proximity of crime scenes

    f. both victims had defensive wounds (Gayle had more defensive injuries than McClain)

Dr. Case was especially concerned with the unusual factor of the victim being found with the knife still in her body. She noted this aspect of a stabbing death is extremely rare. Dr. Case has alerted her staff to notify her in the event of any stabbing death and Mr. Ledbetter has advised his investigators to notify St. Louis County P.D. in the event of any victim who is found dead from apparent stab wounds with the knife still in the victim. He stated via his association with the St. Louis City Medical Examiners Office, they have been requested to advise him in the instance of any similar homicide.

I then returned to the station and contacted Ms. Patty Teichgraeber, Dr. Picus' assistant, and advised her I would be responding to the hospital to speak to him. She advised he was called back to surgery but was expected in his office shortly and would be in his office the remainder of the afternoon. Ms. Teichgraeber advised she had been contacted by Det. Glickert the previous afternoon and had the documentation he had requested of Dr. Picus' activities on Tuesday, 08-11-98. I advised her I would pick that up upon my arrival.

| DEPARTMENT REPORTING<br>University City P.D. | CONTINUATION<br>FORM | DEPARTMENT FILE NO.<br>98-8237 |
|---|---|---|
| DATE OF THIS REPORT<br>08-26-98 | | PAGE 2 |
| VICTIM OR COMPLAINANT<br><br>Gayle, Felicia Anne | | PLACE OF OCCURRENCE<br><br>6946 Kingsbury |

Det. Poteet and I then responded to the hospital and there contacted Dr. Picus at 1355 hrs. I showed him Polaroid photographs of the clothing located early that morning at 5629 Vernon. He viewed the clothing but could not identify it as belonging to his wife or that he had ever seen the clothing previously.

I advised Dr. Picus that the Crime Lab had observed semen during their examination of the rape kit contents seized from Ms. Gayle's body at the time of the postmortem procedure. I asked Dr. Picus when he had last had sexual contact with Ms. Gayle. He advised he had been attempting to recall the events of the weekend and believed he had sex with his wife on Friday or Saturday. He did not think they had sex on Sunday (08-09-98) or Monday (08-10-98). Dr. Picus consented to having his blood drawn for comparison. He then summoned:

        Kathy Friederich, RN
        W/F  H.Ph. 618-234-1929
        Nurse Manager for Radiology,

to his office and asked her to draw a lavender-topped tube of blood for us. Ms. Friederich did so at 1425 hrs. and this was witnessed by Det. Poteet and this officer. I seized the blood from Ms. Friederich and tagged it into evidence, #55861.

As there was a possibility of the victim's being sexually assaulted, I obtained permission from Dr. Picus to accompany Crime Lab personnel into his residence to conduct tests on the premises using the "luma-light". I advised him there were possible carpet fibers observed on the recovered clothing and we may have to seize samples from the carpets in the house. As the locks had been changed, he gave me his house key and permission to search the house and seize any evidence if necessary.

While we were at the hospital, Dr. Picus provided us with documentation of his surgical procedures of Tuesday, 08-11-98. He advised that because of patient confidentiality, he should not be releasing the information without a subpeona. I advised him I would not make copies of the information, but would tag them into evidence. I later tagged the paperwork into evidence, #55918.

Det. Poteet and I then conveyed the blood sample to the St. Louis County Crime Lab and surrendered the vial to them for comparison to the semen found in the victim's rape kit. Forensic Scientists Margaret Walsh and William Dean accompanied us to the victim's residence and there conducted tests with their luma-light which did not reveal any significant areas of dried bodily fluids. However several spots were observed and tests were conducted on these spots to determine their origin. Carpet fibers were seized by Walsh and Dean from the carpets in the residence.

That evening, Dr. Picus responded to the station to recover his house key and I interviewed him further reference to the sexual activity with his wife. He advised that he had been trying to recall their activities over the weekend and advised that Friday evening, 08-07-98, after he had gotten home from work, they ate dinner. They went out and purchased a modem for the computer and returned home about 2100 hrs. He believes they had sex that night.

On Saturday, 08-08-98, Dr. Picus worked at the hospital from about 0800 until 1500. He came home and took a nap and he believes they had sex that

| DEPARTMENT REPORTING<br>University City P.D.<br>TE OF THIS REPORT<br>08-26-98 | CONTINUATION<br>FORM | PARTMENT FILE NO.<br>98-8237<br><br>PAGE 3 |
|---|---|---|
| CTIM OR COMPLAINANT<br><br>Gayle, Felicia Anne | | PLACE OF OCCURRENCE<br><br>6946 Kingsbury |

afternoon.  They walked to Brandt's for dinner and then saw a movie at the Tivoli.  They walked home and installed the modem before going to bed.

On Sunday, 08-09-98, Dr. Picus stated he mowed the lawn and then went to work about 0930 or 1000.  He stated early that afternoon, Lisha took the bus to the Metrolink and met him at the hospital.  They then went to the Cardinal baseball game with his brother and sister-in-law, Joel and Sue Picus.  After the game, they went to Joel's for dinner and returned home. He stated Lisha went to bed "early", about 2100-2130 hrs.

He stated Monday was a work day for him with nothing unusual about their schedules.  I then returned his house key to him and he advised he could provide us with a key if necessary.

At about 2110 hrs. on Thursday evening, I was contacted by Forensic Scientist Alan Derickson of the St. Louis County Crime Lab and advised that the blood found on the clothing seized that morning from 5629 Vernon did not match the victim's blood.

On Friday afternoon, 08-21-98, at 1645 hrs., I was contacted by Margaret Walsh of the Crime Lab and advised that she had conducted tests on Dr. Picus' blood and determined that the victim and her husband have the same enzyme type and it is impossible to say that the semen found in the rape kit was his.  She advised the DNA will have to be determined from the respective samples before a scientific answer can be given to the question of his being the donor.

Attached to this report is the lab report on the specimens seized from the victim during the autopsy.

On Friday afternoon, 08-21-98, Det. Paul Glickert and I conveyed the following evidence packages back to Brian Cooper's residence, 6947 Roberts and released them to his mother, Carline McKinney:
          #55756, #55754 and #55769.

Investigation to continue.

Officer's Signature & Dsn
Det. Dorothy Dunn    298

Approved by

Reference Number(s)