# EXHIBIT 17

## *POLITICAL ACTIVITY AND THE FEDERAL EMPLOYEE*

*Published by*
*U.S. Office of Special Counsel*

*(pages 4-6 of 13)*

# Permitted and Prohibited Activities for Employees Who May Engage in Partisan Activity

- **May** be candidates for public office in nonpartisan elections
- **May** register and vote as they choose
- **May** assist in voter registration drives
- **May** express opinions about candidates and issues
- **May** contribute money to political organizations
- **May** attend political fundraising functions
- **May** attend and be active at political rallies and meetings
- **May** join and be an active member of a political party or club
- **May** sign nominating petitions
- **May** campaign for or against referendum questions, constitutional amendments, municipal ordinances
- **May** campaign for or against candidates in partisan elections
- **May** make campaign speeches for candidates in partisan elections
- **May** distribute campaign literature in partisan elections
- **May** hold office in political clubs or parties including serving as a delegate to a convention

- **May not** use their official authority or influence to interfere with an election
- **May not** solicit, accept or receive political contributions unless both individuals are members of the same federal labor organization or employee organization and the one solicited is not a subordinate employee
- **May not** knowingly solicit or discourage the political activity of any person who has business before the agency
- **May not** engage in political activity while on duty
- **May not** engage in political activity in any government office
- **May not** engage in political activity while wearing an official uniform
- **May not** engage in political activity while using a government vehicle
- **May not** be candidates for public office in partisan elections partisan elections
- **May not** wear political buttons on duty

4

# Questions and Answers

## Employees Who May Be Politically Active in Partisan Campaigns

### Permitted Activities:

**Q. What types of political activities are permitted under the 1993 Reform Amendments?**

A. Most employees are free to participate in the following types of activities: campaigning for or against candidates in partisan elections, distributing campaign material, organizing or managing political rallies or meetings, circulating nominating petitions, working to register voters, and making campaign speeches for candidates.

**Q. May an employee hold office in a political party or club?**

A. Yes, an employee may hold office in a political party or club, including serving as a delegate to a local, state or national convention. The fact that the election for party office takes place during the primary or general election does not impede the employee's involvement.

**Q. May an employee work at the polls on election day?**

A. An employee, who is off duty, may work at the polls on election day. The employee may work for the city or county as an election judge, poll watcher or clerical worker. Additionally, employees may work for a candidate or political party by observing the check-in process, holding a sign or distributing campaign literature.

**Q. May an employee help organize a fundraiser for a partisan candidate?**

A. Yes, an employee may organize a fundraising event as long as he or she does not personally solicit, accept or receive political contributions. The employee may supply names for the invitation list, address invitations or introduce the speaker at the event.

**Q. May an employee serve as the treasurer of a campaign?**

A. Yes, an employee may serve as treasurer to the extent of preparing and filing campaign finance reports and paying campaign expenses. The employee would be prohibited from personally soliciting, accepting or receiving political contributions.

**Q. May an employee who works in a commercial building which is partially leased by a federal agency engage in partisan political activity in the common space of the partially leased building?**

A. Employees who work in partially leased buildings may engage in partisan political activity in the nonleased common space of the building, the courtyard, the roof deck, the main lobby.

**Q. May employees make financial contributions to political candidates?**

A. Yes, employees are permitted to make contributions to candidates, political parties, clubs and organizations.

**Q. May employees hold public office?**

A. Yes, while the Hatch Act prohibits candidacy for public office in partisan elections, it does not prohibit a federal employee from being appointed to or holding public office. Additionally, when an individual holds elective office at the time that the employee begins federal employment, he or she may continue to serve in the elected position. However, the employee may not be a candidate for re-election if the election is partisan and the employee continues to be employed by a federal agency.

5

**Q. Are employees permitted to be candidates in nonpartisan elections?**

A. Yes, employees may be candidates in nonpartisan elections. Additionally, employees are permitted to solicit, accept and receive contributions in nonpartisan elections. A nonpartisan election is an election where none of the candidates are running as representatives of a partisan political party, usually the Democratic and Republican party.

**Q. Can a nonpartisan election be transformed into a partisan election?**

A. Yes. If state or local law mandates a nonpartisan ballot for a particular local office, there will be a presumption that the election for that office is nonpartisan. If evidence is presented, however, that shows that partisan politics actually enter the campaigns of the candidates, e.g., the employee solicits the endorsement of a partisan group, advertises the endorsement of a political party, or uses the party's resources to further her campaign effort, the nonpartisan election can be transformed into a partisan one in violation of the Hatch Act.

# Prohibited Activities:

**Q. May employees solicit political contributions for partisan candidates, parties or organizations?**

A. No, the amendments prohibit a covered employee from soliciting, accepting or receiving political contributions from any person except in certain instances involving labor organizations and employee organizations. Members of labor organizations and employee organizations may solicit contributions as long as the person who is solicited belongs to the same federal labor organization or federal employee organization as the employee who solicits, accepts or receives the contribution, the person who is solicited is not a subordinate employee, and the request is for a contribution to the multicandidate political committee of a federal labor organization or to the multicandidate political committee of a federal employee organization which was in existence as of October 6, 1993.

**Q. May employees wear partisan political buttons while on duty?**

A. No, the Reform Amendments prohibit employees from engaging in any partisan political activity while on duty. Political activity has been defined as activity directed toward the success or failure of a political party, candidate for a partisan political office or a partisan political group. Employees are restricted from displaying partisan political posters and bumper stickers in their offices.

**Q. May employees, who are members of a union, engage in partisan political activity in space designated to the labor organization by the agency?**

A. No, all employees, including employees who are members of a union, are prohibited from engaging in partisan political activity in a government building.

**Q. May an employee be listed as the sponsor of a partisan fundraising event?**

A. No, the Act prohibits employees from soliciting contributions. However, an employee may be listed as the "guest speaker" or "special guest" on a fundraising invitation if the listing does not imply that the employee is soliciting contributions.

6