# EXHIBIT 17

## POLITICAL ACTIVITY AND THE FEDERAL EMPLOYEE

Published by
U.S. Office of Special Counsel

(pages 7-9 of 13)

# Permitted and Prohibited Activities for Employees Subject to Additional Restrictions*

## Employees Subject to Additional Restrictions

These employees are prohibited from engaging in partisan political management or partisan political campaigns. Specifically, they may not work on campaigns where any of the candidates are running as representatives of a political party, e.g. the Democratic or Republican parties.

- **May** register and vote as they choose
- **May** assist in voter registration drives
- **May** express opinions about candidates and issues
- **May** participate in campaigns where none of the candidates represent a political party
- **May** contribute money to political organizations or attend political fund raising functions
- **May** attend political rallies and meetings
- **May** join political clubs or parties
- **May** sign nominating petitions
- **May** campaign for or against referendum questions, constitutional amendments, municipal ordinances
- **May** be candidates for public office in nonpartysan elections

- **May not** be candidates for public office in partisan elections
- **May not** campaign for or against a candidate or slate of candidates in partisan elections
- **May not** make campaign speeches or engage in other campaign activities to elect partisan candidates
- **May not** collect contributions or sell tickets to political fund raising functions
- **May not** distribute campaign material in partisan elections
- **May not** organize or manage political rallies or meetings
- **May not** hold office in political clubs or parties
- **May not** circulate nominating petitions
- **May not** work to register voters for one party only
- **May not** wear political buttons at work

---

*Federal Election Commission, Federal Bureau of Investigation, Secret Service, Central Intelligence Agency, National Security Council, National Security Agency, Defense Intelligence Agency, Merit Systems Protection Board, Office of Special Counsel, Office of Criminal Investigation of the IRS, Office of the Investigative Programs of the Customs Service, Office of Law Enforcement of BATF, Criminal Division of DOJ, National Geospacial Intelligence Agency, career members of the Senior Executive Service, administrative law judges, administrative appeals judges, and contract appeals board members.

# Questions and Answers

## Employees Subject to Additional Restrictions

### Permitted Activities:

**Q.   To what extent are employees permitted to express opinions on political subjects and candidates?**

A.   Employees may express their views publicly or privately about a candidate or about political issues. However, they may not engage in active campaigning for partisan candidates.

With regard to political questions and public issues, employees are entitled to express their views as citizens. In addition, employees are free to express their views and take action as individual citizens on such questions as referendum matters, changes in municipal ordinances and constitutional amendments. Issues involving highways, schools, housing and taxes are other examples of questions on which employees are usually free to take action. They can participate in meetings where these issues are discussed and they may join other citizens in presenting their views on such questions.

**Q.   Are employees entitled to make financial contributions?**

A.   Employees may make contributions to political organizations. However, employees are prohibited from either soliciting or collecting contributions for political organizations.

**Q.   May employees attend political rallies and join political clubs?**

A.   Employees may attend political rallies as spectators.  They may not participate in the rallies by carrying banners or placards. They may join partisan political clubs but cannot take an active part in the management of the clubs or be officers or members of any of its committees.

**Q.   May employees attend political conventions?**

A.   Yes, covered employees may attend political conventions, but only as spectators. Employees are not allowed to take part in the deliberations or proceedings of the conventions or any of its committees.   Covered employees may not be candidates for, or serve as delegates, alternates or proxies at such conventions.

**Q.   May an employee write a letter to the editor of a local newspaper expressing an opinion on a partisan issue?**

A.   Yes, but an employee may not write letters in connection with political parties, or partisan groups or candidates.

**Q.   May a federal employee place a sign on his or her automobile, or in his or her yard, which supports or opposes a political candidate?**

A.   So long as this activity is an expression of personal opinion, it is permissible under the Hatch Act. The size of any such sign is irrelevant.

**Q.   May a federal employee who is the spouse of a political candidate appear in campaign photographs with the candidate?**

A.   Yes, the employee can be included in "family of the candidate" photographs which might appear in newspapers or in campaign literature.

**Q.   May a covered employee's spouse, if he or she is not covered by the law, engage in political activity?**

A.   Yes, the law does not restrict the activities of an employees spouse or of other family members in any way.

**Q.   Are employees allowed to actively assist in voter registration drives?**

A. Yes, employees may participate in nonpartisan voter registration drives but they may not attempt to influence voters to register for a particular party.

8

**Q.    May employees use cars to take voters to the polls on election day?**

A.    Yes, employees may assist taking voters to the polls as a gesture of goodwill or as part of an effort by a nonpolitical organization. Employees may not assist voters to the polls as part of an organized effort on behalf of candidates or political parties.

**Q.    Employees are sometimes asked to serve as registrars on registration day or as election clerks or officers on election day. Are they permitted to do this?**

A.    Yes, employees may accept appointments to serve as election clerks, officers or in similar positions as prescribed by state or local law. However, they may not work at the polls on behalf of partisan candidates or political parties by acting as checkers, challengers, watchers or in similar partisan positions.

**Q.    Are employees permitted to be candidates in nonpartisan elections?**

A.    Yes, employees may be candidates in nonpartisan elections. Additionally, employees are permitted to solicit, accept and receive contributions in nonpartisan elections. A nonpartisan election is an election where none of the candidates are running as representatives of a partisan political party, usually the Democratic or Republican party.

**Q.    Can nonpartisan election be transformed into a partisan election?**

A.    Yes. If state or local law mandates a nonpartisan ballot for a particular local office, there will be a presumption that the election for that office is nonpartisan. If evidence is presented, however, that shows that partisan politics actually enter the campaigns of the candidates, e.g., the employee solicits the endorsement of a partisan group, advertises the endorsement of a political party, or uses the party's resources to further her campaign effort, the nonpartisan election can be transformed into a partisan one in violation of the Hatch Act.

## Prohibited Activities

**Q.    What types of the activities are prohibited?**

A.    Activities such as soliciting or collecting political contributions, or selling fund-raising dinner tickets are prohibited. Distributing campaign material in connection with political parties or partisan groups or candidates is also prohibited.

**Q.    May employees work as part-time volunteers for partisan candidates if the activity does not involve contact with the public?**

A.    No, the law prohibits direct action to assist partisan candidates or political parties in campaigns. Thus, covered employees are not permitted to do clerical work at campaign headquarters, write campaign speeches or canvass voters for the purpose of promoting support for candidates or political parties.

The prohibition applies to voluntary campaign work such as addressing and stuffing envelopes, making phone calls on behalf of a candidate or collecting signatures for a nominating petition.

9