**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARCELLUS WILLIAMS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:05-CV-01474-RWS** |
| | ) | |
| **DONALD P. ROPER,** | ) | **CAPITAL HABEAS** |
| | ) | |
| **Respondent.** | ) | |

**PETITIONER'S NOTICE OF FILING
EXHIBIT 15 TO HIS TRAVERSE IN CD FORMAT**

Petitioner Williams hereby files the attached CD of the January 24, 2007, oral

argument in *State v. McFadden*, No. SC87753, before the Missouri Supreme Court,

which is Exhibit 15 to his Traverse.

Respectfully submitted,

Kent E. Gipson, #34524
Public Interest Litigation Clinic
305 East 63rd Street
Kansas City, Missouri 64113
(816) 363-2795 • (816) 363-2799 (fax)

Lori Leon, Ohio #0065584
Public Interest Litigation Clinic
305 East 63rd Street
Kansas City, Missouri 64113
(816) 363-2795 • (816) 363-2799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2007, the foregoing was sent via Federal Express overnight service to the Clerk of the Court, and Michael J. Spillane, Assistant Attorney General, Counsel for Respondent, P.O. Box 899, Jefferson City, Missouri 65102.

Kent E. Gipson
*Counsel for Petitioner*