UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARCELLUS WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1474 RWS |
| | ) | |
| DONALD ROPER, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of

Marcellus Williams for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** as to

the guilt phase of his trial and **GRANTED** as to the penalty phase of his trial.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of March, 2010.