UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARCELLUS WILLIAMS,           )
                              )
        Petitioner,           )
                              )
    vs.                       )        Case No. 4:05CV1474 RWS
                              )
DONALD ROPER,                 )
                              )
        Respondent.           )

## JUDGMENT

This matter is before the Court after remand from the United States Court of Appeals for

the Eighth Circuit.

In accordance with the Court of Appeals' decision in this matter,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of

Marcellus Williams for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**

and **JUDGMENT** is entered in favor of Respondent Donald Roper.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of December, 2012.