**IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **MARCELLUS WILLIAMS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:05-CV-1474-RWS** |
| | ) | |
| **DONALD ROPER,** | ) | **DEATH PENALTY CASE** |
| | ) | **EXECUTION SCHEDULED** |
| **Respondent.** | ) | **8/22/17 at 6:00 P.M.** |

**EXHIBITS IN SUPPORT OF PETITIONER'S MOTION FOR RELIEF
FROM A JUDGMENT OR ORDER PURSUANT TO FED. R. CIV. P. 60(b)**

EXHIBIT A    Report of Norah Rudin, Ph.D

EXHIBIT B    Bode Cellmark Report

EXHIBIT C    Bode Cellmark Supplemental Report

EXHIBIT D    Deposition Transcript of Jennifer Fienup