

**Bode Cellmark**
**FORENSICS**

LabCorp Specialty Testing Group

10430 Furnace Road, Suite 107
Lorton, VA 22079
Phone: 703-646-9740

### Supplemental Forensic Case Report
### August 12, 2016

**To:**
Laurence E. Komp
Attorney at Law
469 Melanie Meadows
Ballwin, MO 63021

**Bode Cellmark Case #:** CCB1536-0303
**Agency Case #:** #63472/63393, 85-98-313749, F9801997

**Partial List of evidence received on July 16, 2015 for possible DNA analysis:**

| Bode Cellmark Sample Name | Agency Sample ID | Agency Description |
|---|---|---|
| CCB1536-0303-E03 | Q5 | Labeled as "knife and package with sheath" |
| *CCB1536-0303-E03c* | | *Knife handle* |
| CCB1536-0303-R05 | Not Listed | Labeled as "K11-5M M. Williams Known blood stain card" |

**Y-STR Processing, Results and Conclusions:**

Samples CCB1536-0303-E03c and -R05 were processed for DNA typing by analysis of the following Short Tandem Repeat (STR) loci specific to the male Y chromosome (also called Y-STRs): DYS576, DYS389I/II, DYS448, DYS19, DYS391, DYS481, DYS549, DYS533, DYS438, DYS437, DYS570, DYS635, DYS390, DYS439, DYS392, DYS643, DYS393, DYS458, DYS385 a/b, DYS456 and YGATA-H4 using the Promega PowerPlex® Y23 kit.

1. A Y-STR profile was obtained from sample CCB1536-0303-R05 (Marcellus Williams).

2. The partial Y-STR profile obtained from sample CCB1536-0303-E03c is consistent with a mixture of at least two individuals. Due to the possibility of allelic drop out, no conclusions can be made on this partial mixture profile.

See **Table 1** for summary of alleles reported for each sample.

**Notes:**
1. Testing performed for this case is in compliance with accredited procedures under the laboratory's ISO/IEC 17025 accreditation issued by ASCLD/LAB and ANAB. Refer to certificates and scopes of accreditation for certificate numbers ALI-231-T and AT-1672, respectively.
2. The DNA profiles reported in this case were determined by procedures that have been validated according to the standards established in the FBI's Quality Assurance Standards for Forensic DNA Testing Laboratories.
3. Any reference to body fluids in evidence descriptions are based on the written descriptions of the samples by the submitting agency.
4. The DNA extracts and submitted evidence will be returned to the Kansas City Police Crime Lab.
5. Sample CCB1536-0303-E03 was extracted three times (E03a/E03b/E03c). Data from samples CCB1536-0303-E03a and E03b were previously reported. Sample CCB1536-0303-E03c was combined with the remaining extract from E03b and data were reported as CCB1536-0303-E03c.
6. The following sample contained apparent hairs/fibers that were not microscopically examined and were not processed further: CCB1536-0303-E03.
7. A supplemental report was issued due to the request for additional testing. See the original report dated April 8, 2016.

**Bode Cellmark Case #:** CCB1536-0303
**Agency Case #:** #63472/63393, 85-98-313749, F9801997

**Date:** August 12, 2016

Report submitted by,

*Jennifer Fienup*

Jennifer Fienup, MFS
Senior DNA Analyst I
[DNA]

**Table 1:  Analysis of Short Tandem Repeat Loci on the Y Chromosome (Y-STR)**

| Locus | CCB1536-0303-E03c1 | CCB1536-0303-R05a1 (Marcellus Williams) |
|---|---|---|
| DYS576 | No Results | 16 |
| DYS389 I | No Results | 13 |
| DYS448 | No Results | 20 |
| DYS389 II | No Results | 29 |
| DYS19 | No Results | 14 |
| DYS391 | 10, --- | 10 |
| DYS481 | No Results | 26 |
| DYS549 | No Results | 11 |
| DYS533 | No Results | 12 |
| DYS438 | No Results | 11 |
| DYS437 | No Results | 14 |
| DYS570 | No Results | 19 |
| DYS635 | No Results | 23 |
| DYS390 | 24, --- | 21 |
| DYS439 | No Results | 12 |
| DYS392 | No Results | 11 |
| DYS643 | No Results | 13 |
| DYS393 | 13, --- | 14 |
| DYS458 | 17, --- | 18 |
| DYS385 a/b | No Results | 15, 16 |
| DYS456 | No Results | 15 |
| Y-GATA-H4 | No Results | 11 |

--- = Possible Additional Alleles

85