CLOSED,DeathPenaltyCase,PSLC3,TRCK4

## U.S. District Court
## Eastern District of Missouri (St. Louis)
## CIVIL DOCKET FOR CASE #: 4:05-cv-01474-RWS

Williams v. Roper
Assigned to: District Judge Rodney W. Sippel
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/12/2005
Date Terminated: 12/19/2012
Jury Demand: None
Nature of Suit: 535 Death Penalty -
Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Marcellus Williams**          represented by **Kent E Gipson**
LAW OFFICE OF KENT GIPSON,
LLC
121 E Gregory Blvd.
Kansas City, MO 64114
816-363-4400
Fax: 816-363-4300
Email:
kent.gipson@kentgipsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurence E. Komp**
FEDERAL PUBLIC DEFENDER
Western District of Missouri
818 Grand Blvd
Suite 300
Kansas City, MO 64106
816-471-8282
Fax: 816-471-8008
Email: laurence_komp@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori Leon**
P.O. Box 45154
Kansas City, MO 64171
816-916-2424
Email: lori.leon@gmail.com
*TERMINATED: 01/05/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case: 4:05-cv-01474-RWS    Doc. #: 104-1    Filed: 08/02/17    Page: 2 of 12    PageID #: 1101

**William C. Odle**
DEATH PENALTY LITIGATION
CLINIC
6155 Oak
Suite C
Kansas City, MO 64113
816-363-2795
Email: pilc@pilc.net
*TERMINATED: 10/27/2006*
*LEAD ATTORNEY*

V.

**Respondent**

**Donald Roper**                    represented by    **Michael J. Spillane**
ATTORNEY GENERAL OF
MISSOURI
221 W. High Street
P.O. Box 899
Jefferson City, MO 65102-0899
573-751-3321
Fax: 573-751-3825
Email: mike.spillane@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Petitioner Marcellus Williams. (Attachments: # 1 Declaration in Support)(CDD, ) (Entered: 09/14/2005) |
| 09/12/2005 | 2 | PETITION for Writ of Habeas Corpus by Petitioner Marcellus Williams. (Attachments: # 1 Civil Cover Sheet)(CDD, ) (Entered: 09/14/2005) |
| 09/14/2005 | | ***Complaint Letter Created. This is to advise you that this office has received and filed your complaint and has assigned it the above-referenced case number. (CDD, ) (Entered: 09/14/2005) |
| 09/14/2005 | | ***Complaint Letter Processed (see notice of electronic filing for distribution list) Wed Sep 14 09:00:46 CDT 2005 (admin,) (Entered: 09/14/2005) |
| 09/16/2005 | 3 | ORDER - IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis 1 is GRANTED. IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel 2 is GRANTED. IT IS FURTHER ORDERED that Kent E. Gipson and Bill Odle of the Public Interest Litigation Clinic, 305 East 63rd St., Kansas City, Missouri 64113, telephone number (816) 363-2795 are hereby appointed as counsel for petitioner. IT IS FURTHER ORDERED that the Clerk of Court shall provide |

|  |  | appointed counsel with a copy of the complete Court file. Signed by Judge Rodney W. Sippel on 9/16/05. (LAH, ) (Entered: 09/16/2005) |
|---|---|---|
| 09/22/2005 | 4 | ENTRY of Appearance by Michael J. Spillane Respondent Donald Roper. (Spillane, Michael) (Entered: 09/22/2005) |
| 10/04/2005 | 5 | SEALED MOTION filed. (LAH, ) (Entered: 10/05/2005) |
| 10/06/2005 | 6 | SEALED ORDER Signed by Judge Rodney W. Sippel on 10/6/05. (LAH, ) (Entered: 10/06/2005) |
| 01/31/2006 | 7 | EX PARTE SEALED MOTION (LAH, ) (Entered: 01/31/2006) |
| 02/01/2006 | 8 | ORDER: (FILED UNDER SEAL); Signed by Judge Rodney W. Sippel on 2/1/06 (CMA) (Entered: 02/01/2006) |
| 08/29/2006 | 9 | PETITION for Writ of Habeas Corpus by Petitioner Marcellus Williams. (Attachments: # 1 Exhibit 1, Part 1# 2 Exhibit 1, Part 2# 3 Exhibit 1, Part 3# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11, Part 1# 14 Exhibit 11, Part 2# 15 Exhibit 12, Part 1# 16 Exhibit 12, Part 2# 17 Exhibit 12, Part 3# 18 Exhibit 13# 19 Exhibit 14)(Odle, William) (Entered: 08/29/2006) |
| 08/29/2006 | 10 | MOTION for Discovery *TO CONDUCT FURTHER DNA TESTING* by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 08/29/2006) |
| 08/29/2006 | 11 | MOTION for Discovery by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 08/29/2006) |
| 09/06/2006 | 12 | MOTION for Extension of: time to respond to discovery motions by Respondent Donald Roper. (Spillane, Michael) (Entered: 09/06/2006) |
| 09/22/2006 | 13 | CASE MANAGEMENT ORDER: This case is assigned to Track 4: Capital Habeas Corpus Petition; Respondent shall file a response to Petitioner's petition by 11/6/06; Petitioner shall file his traverse w/i 45 days from the date Respondent's response is filed; If Petitioner seeks an evidentiary hearing in this matter, he shall file a motion for an evidentiary hearing by 10/13/06; Respondent shall file a response to Petitioner's motion by 11/6/06; Petitioner shall file his reply w/i 45 days from the date Respondent's response is filed; Respondent shall file a response to Petitioner's discovery motions by 11/6/06; Petitioner shall file a reply w/i 45 days from the date Respondent's response is filed; Show Cause Response due by 11/6/2006; Signed by Judge Rodney W. Sippel on 9/22/06 (CMA) (Entered: 09/22/2006) |
| 10/11/2006 | 14 | MOTION to Withdraw Attorney William C. Odle by Petitioner Marcellus Williams (Odle, William) (Modified on 10/12/2006 to Edit Docket Text - CMA) (Entered: 10/11/2006) |
| 10/11/2006 | 15 | MOTION to Substitute Attorney/Law Firm ;attorney or firm Lori Leon ;substituted for:William Odle by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 10/11/2006) |
| 10/12/2006 | 16 | MOTION for Hearing *Evidentiary Hearing* by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 10/12/2006) |

| 10/18/2006 | 17 | MOTION for Leave to file motion for admission pro hac vice without payment of fee by Petitioner Marcellus Williams. (Attachments: # 1 Motion for admission pro hac vice)(Gipson, Kent) (Entered: 10/18/2006) |
| --- | --- | --- |
| 10/27/2006 | 18 | ORDER - IT IS HEREBY ORDERED that William C. Odle's motion to withdraw as counsel for Petitioner 14 is GRANTED. IT IS FURTHER ORDERED that Lori Leon's motion to be substituted for William C. Odle as counsel for Petitioner 15 is GRANTED. Lori Leon's motion for admission pro hac vice without payment of the admission fee 17 is GRANTED. Signed by Judge Rodney W. Sippel on 10/27/06. (LAH, ) (Entered: 10/27/2006) |
| 10/27/2006 | | ORDER RECEIPT: (see receipt) Fri Oct 27 14:26:17 CDT 2006 (LAH, ) (Entered: 10/27/2006) |
| 10/27/2006 | 19 | CJA 30: Appointment of Attorney Lori Leon for Marcellus Williams in Death Penalty Proceedings; Signed by Judge Rodney W. Sippel on 10/27/2006;(DJO) (Entered: 10/31/2006) |
| 11/03/2006 | 20 | MOTION for Extension of Time to File ;Extension to file the following: Response to show cause order and motions ;Proposed extension date December 6, 2006 by Respondent Donald Roper. (Spillane, Michael) (Entered: 11/03/2006) |
| 11/06/2006 | | Docket Text ORDER re 20 MOTION for Extension of Time to File ;Extension to file the following: Response to show cause order and motions ;Proposed extension date December 6, 2006 by Respondent Donald Roper. (Spillane, Michael) filed by Donald Roper, GRANTED Signed by Judge Rodney W. Sippel on 11/6/06. (LAH, ) (Entered: 11/06/2006) |
| 11/06/2006 | | ORDER RECEIPT: (see receipt) Mon Nov 6 17:34:51 CST 2006 (LAH, ) (Entered: 11/06/2006) |
| 12/04/2006 | 24 | CJA 30: Authorization to Pay William Odle in Death Penalty Proceedings Voucher # 060914000002.. Signed by Judge Rodney W. Sippel on 12/4/06. (LGK, ) (Entered: 12/21/2006) |
| 12/06/2006 | 21 | MOTION for Extension of: One day to file responsive pleadings by Respondent Donald Roper. (Spillane, Michael) (Entered: 12/06/2006) |
| 12/07/2006 | 22 | RESPONSE TO ORDER TO SHOW CAUSE re 21 MOTION for Extension of: One day to file responsive pleadings, Docket Text Order,, 13 Case Management Order,,, by Respondent Donald Roper. (Attachments: # 1) (Spillane, Michael) (Entered: 12/07/2006) |
| 12/08/2006 | | Docket Text ORDER re 21 MOTION for Extension of One day to file responsive pleadings by Respondent Donald Roper; ORDERED GRANTED; Signed by Judge Rodney W. Sippel on 12/08/2006;(DJO) (Entered: 12/08/2006) |
| 12/08/2006 | 23 | EXHIBITS Received: Exhibits 1 - 38 by Respondent Donald Roper maintained in paper format in Clerks' Office;(DJO) (Entered: 12/12/2006) |
| 01/16/2007 | 25 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File *Traverse* ;Extension to file the following: Traverse ;Proposed extension date March 23, 2007 by Petitioner Marcellus Williams. (Leon, Lori) (Entered: 01/16/2007) |
| 01/17/2007 | | Docket Text ORDER re 25 MOTION for Extension of Time to File Traverse; Extension to file the following: Traverse; Proposed extension date March 23, 2007 by Petitioner Marcellus Williams. (Leon, Lori) filed by Marcellus Williams, GRANTED Signed by Judge Rodney W. Sippel on 1/17/07. (LAH, ) (Entered: 01/17/2007) |
| 02/08/2007 | 26 | CJA 31: Authorization to Pay in Death Penalty Proceedings. (FILED UNDER SEAL) Signed by Judge Rodney W. Sippel on 2/8/07. (ARL ) (Entered: 02/09/2007) |
| 02/08/2007 | 27 | CJA 31: Authorization to Pay in Death Penalty Proceedings. (FILED UNDER SEAL) Signed by Judge Rodney W. Sippel on 2/8/07. (ARL) (Entered: 02/09/2007) |
| 02/08/2007 | 28 | CJA 31: Authorization to Pay in Death Penalty Proceedings. (FILED UNDER SEAL) Signed by Judge Rodney W. Sippel on 2/8/07. (ARL) (Entered: 02/09/2007) |
| 02/08/2007 | 29 | CJA 31: Authorization to Pay in Death Penalty Proceedings. . (FILED UNDER SEAL) Signed by Judge Rodney W. Sippel on 2/8/07. (ARL) (Entered: 02/09/2007) |
| 03/05/2007 | 30 | CJA 20: Authorization to Pay . (UNDER SEAL) Signed by Judge Rodney W. Sippel on 3//5/07. (ARL) (Entered: 03/08/2007) |
| 03/05/2007 | 31 | CJA 20: Authorization to Pay . (FILED UNDER SEAL) Signed by Judge Rodney W. Sippel on 3/5/07. (ARL) (Entered: 03/08/2007) |
| 03/09/2007 | 32 | CJA 31: Authorization to Pay in Death Penalty Proceedings. (FILED UNDER SEAL) Signed by Judge Rodney W. Sippel on 2/27/07. (KJF, ) (Entered: 03/13/2007) |
| 03/20/2007 | 33 | MOTION for Extension of Time to File *Traverse* ;Extension to file the following: Traverse ;Proposed extension date May 22, 2007 by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 03/20/2007) |
| 03/27/2007 | | Docket Text ORDER: Re: 33 MOTION for Extension of Time to File *Traverse* ;Extension to file the following: Traverse ;Proposed extension date May 22, 2007 by Petitioner Marcellus Williams. (Gipson, Kent) filed by Marcellus Williams, ; ORDERED GRANTED. Signed by Judge Rodney W. Sippel on 3/27/07. (LGK, ) (Entered: 03/27/2007) |
| 03/30/2007 | 34 | MEMORANDUM AND ORDER - IT IS HEREBY ORDERED that Marcellus Williams' motions to conduct further DNA testing 10 , to authorize discovery 11 , and to hold an evidentiary hearing 16 are DENIED. Signed by Judge Rodney W. Sippel on 3/30/07. (LAH, ) (Entered: 03/30/2007) |
| 04/09/2007 | 35 | MOTION for Reconsideration re 34 Memorandum & Order, by Petitioner Marcellus Williams. (Attachments: # 1 Exhibit Exhibit 2# 2 Exhibit Exhibit 3# 3 Exhibit Exhibit 4# 4 Exhibit Exhibit 1)(Gipson, Kent) (Entered: 04/09/2007) |

| 04/23/2007 | 36 | ORDER IT IS HEREBY ORDERED that Marcellus Williams has until May 22, 2007 to file areply brief concerning his discovery motions and his request for an evidentiary hearing. Thereply brief shall be filed as an independent document separate from Williams' traverse. Signed by Judge Rodney W. Sippel on 4/23/07. (KXS, ) (Entered: 04/23/2007) |
| --- | --- | --- |
| 05/22/2007 | 37 | MEMORANDUM in Support of Motion re 35 MOTION for Reconsideration re 34 Memorandum & Order, filed by Petitioner Marcellus Williams. (Attachments: # 1 Exhibit Forensic Lab Report 1# 2 Exhibit Forensic Lab Report 2# 3 Exhibit DNA 200 Article 5/20/07# 4 Exhibit DNA Testing Frees Man Imprisoned for Half His Life# 5 Exhibit Inmate Enters Guilty Plea in '89 Killing# 6 Exhibit Gov. Rick Perry Grants Two Pardons for Innocence# 7 Exhibit Informants/Snitches# 8 Exhibit Supplemental Investigative/Disposition Report# 9 Exhibit Order re: St. Louis Empowerment Center Records)(Gipson, Kent) (Entered: 05/22/2007) |
| 05/22/2007 | 38 | MOTION for Extension of: time in which to file traverse by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 05/22/2007) |
| 05/24/2007 | 39 | MEMORANDUM in Opposition re 35 MOTION for Reconsideration re 34 Memorandum & Order, filed by Respondent Donald Roper. (Spillane, Michael) (Entered: 05/24/2007) |
| 05/24/2007 | 40 | MOTION to Strike *Respondent's "?RESPONSE TO PETITIONER?S REPLY MEMORANDUM"* by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 05/24/2007) |
| 05/24/2007 | 41 | EXHIBITS Re: 37 Received: Color copy of last page of Exhibit 3 by Petitioner Marcellus Williams. (Maintained in paper format by the clerks office) (KJF, ) (Entered: 05/29/2007) |
| 07/12/2007 | 42 | ORDER denying 35 Motion for Reconsideration, granting 38 Motion for Extension : time to file a traverse ;Extension date: 8/17/07, denying 40 Motion to Strike Signed by Judge Rodney W. Sippel on 7/12/07. (LGK, ) (Entered: 07/12/2007) |
| 08/15/2007 | 43 | MOTION for Extension of: Time to File Traverse by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 08/15/2007) |
| 08/16/2007 | 44 | ORDER - IT IS HEREBY ORDERED that Marcellus Williams motion for an extension of time to file his traverse 43 is GRANTED. No further extensions of time will be granted absent truly extraordinary circumstances. Signed by Judge Rodney W. Sippel on 8/16/07. (LAH, ) (Entered: 08/16/2007) |
| 08/31/2007 | 45 | TRAVERSE re 9 PETITION for Writ of Habeas Corpus filed by Petitioner Marcellus Williams. (Attachments: # 1 Exhibit Exh. 15 to Traverse# 2 Exhibit Exh. 16 to Traverse# 3 Exhibit Exh. 17 pgs. 1-3# 4 Exhibit Exh,. 17 - pgs. 4-6# 5 Exhibit Exh. 17 - pgs. 7-9# 6 Exhibit Exh. 17 - pgs. 10-11# 7 Exhibit Exh. 17 - 12-13)(Gipson, Kent) (Entered: 08/31/2007) |
| 09/04/2007 | 46 | EXHIBIT Received: 15 by Petitioner Marcellus Williams. (CD filed and maintained by the clerks office) (KJF, ) (Entered: 09/04/2007) |
| 10/25/2007 | 47 | |

| | | |
|---|---|---|
| | | SEALED CJA 30: Authorization to Pay Lori Leon in Death Penalty Proceedings Voucher # 071010000009. Signed by Judge Rodney W. Sippel on 10/18/07. (KJF, ) (Entered: 10/30/2007) |
| 10/25/2007 | 48 | SEALED CJA 30: Authorization to Pay Kent E. Gipson in Death Penalty Proceedings Voucher # 071010000012. Signed by Judge Rodney W. Sippel on 10/25/07. (KJF, ) (Entered: 10/30/2007) |
| 11/02/2007 | 49 | CJA 31: Authorization to Pay in Death Penalty Proceedings. FILED UNDER SEAL.. Signed by Judge Rodney W. Sippel on 10/22/07. (LGK, ) (Entered: 11/07/2007) |
| 03/06/2008 | 50 | NOTICE of Change of Address filed by Lori Leon (Leon, Lori) (Entered: 03/06/2008) |
| 10/03/2008 | 51 | NOTICE of Change of Address filed by Kent E. Gipson (Gipson, Kent) (Entered: 10/03/2008) |
| 10/09/2008 | 52 | MOTION to Substitute Attorney/Law Firm ;attorney or firm Laurence E. Komp ;substituted for:Lori Leon by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 10/09/2008) |
| 10/31/2008 | 53 | CJA 30: Authorization to Pay Kent E. Gipson in Death Penalty Proceedings Voucher # 081022000013. Signed by Honorable Rodney W. Sippel on 10/23/08. (LAH, ) (Entered: 10/31/2008) |
| 01/05/2009 | 54 | ORDER granting 52 Motion to Substitute Attorney. Added attorney Laurence E. Komp for Marcellus Williams. Attorney Lori Leon terminated Signed by Honorable Rodney W. Sippel on 1/5/09. (LGK) (Entered: 01/05/2009) |
| 01/14/2009 | 55 | TRAVERSE re 9 PETITION for Writ of Habeas Corpus *Supplemental* filed by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 01/14/2009) |
| 02/05/2009 | 56 | SEALED ORDER . Signed by Honorable Rodney W. Sippel on 2/5/09. (LGK) (Entered: 02/12/2009) |
| 04/10/2009 | 57 | CJA 30: Authorization to Pay Laurence Komp in Death Penalty Proceedings Voucher # 090316000015.. Signed by Honorable Rodney W. Sippel on 3/19/09. (LGK) (Entered: 04/14/2009) |
| 03/26/2010 | 58 | ORDER: IT IS HEREBY ORDERED that Petitioner Marcellus Williams' Petition for Writ of Habeas Corpus [ 2 and 9] is GRANTED IN PART AND DENIED IN PART. Williams' claim for relief as to his underlying condition is DENIED. Williams' claim for relief from the penalty phase of his trial is GRANTED based on trial counsels constitutionally ineffective assistance for failing to investigate and present mitigating evidence of Williams' social and family history. IT IS FURTHER ORDERED that this case is remanded to the Circuit Court of the County of St. Louis, State of Missouri, for a new hearing of the penalty phase of Williams' trial. A separate Judgment in accordance with this Memorandum and Order is entered this same date. Signed by Honorable Rodney W. Sippel on 3/26/10. (LGK) (Entered: 03/26/2010) |
| 03/26/2010 | 59 | JUDGMENT: IT IS HEREBY ORDERED, ADJUDGED and DECREED that the petition of Marcellus Williams for a writ of habeas corpus pursuant to 28 |

| | | |
|---|---|---|
| | | U.S.C. § 2254 is DENIED as to the guilt phase of his trial and GRANTED as to the penalty phase of his trial.. Signed by Honorable Rodney W. Sippel on 3/26/10. (LGK) (Entered: 03/26/2010) |
| 03/26/2010 | | ***REMARK - certified copy of memorandum and order and judgment mailed to the Circuit Court of the County of St. Louis (LGK) (Entered: 03/26/2010) |
| 04/20/2010 | 60 | MOTION to Alter Judgment *with suggestions in support under Rule 59(e)* by Respondent Donald Roper. (Spillane, Michael) (Entered: 04/20/2010) |
| 04/26/2010 | 61 | MOTION for Extension of Time to File Response/Reply *to State's Rule 59(e) Motion* by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 04/26/2010) |
| 04/27/2010 | 62 | Docket Text ORDER: Re: 61 MOTION for Extension of Time to File Response/Reply *to State's Rule 59(e) Motion* by Petitioner Marcellus Williams. (Gipson, Kent) filed by Marcellus Williams ; ORDERED GRANTED. Signed by Honorable Rodney W. Sippel on 4/27/10. (ARL) (Entered: 04/27/2010) |
| 05/11/2010 | 63 | MEMORANDUM in Opposition re 60 MOTION to Alter Judgment *with suggestions in support under Rule 59(e)* filed by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 05/11/2010) |
| 05/17/2010 | 64 | CJA 30: Authorization to Pay in Death Penalty Proceedings Voucher # 100406000003. Signed by Honorable Rodney W. Sippel on 5/6/10. (ARL) (Entered: 05/17/2010) |
| 05/18/2010 | 65 | REPLY to Response to Motion re 60 MOTION to Alter Judgment *with suggestions in support under Rule 59(e)* filed by Respondent Donald Roper. (Spillane, Michael) (Entered: 05/18/2010) |
| 06/16/2010 | 66 | MEMORANDUM OPINION re: 60 MOTION to Alter Judgment *with suggestions in support under Rule 59(e)* filed by Respondent Donald Roper motion is DENIED. Signed by Honorable Rodney W. Sippel on 6/16/10. (LGK) (Entered: 06/16/2010) |
| 06/24/2010 | 67 | NOTICE of Change of Address filed by Kent E. Gipson (Gipson, Kent) (Entered: 06/24/2010) |
| 07/12/2010 | 68 | NOTICE OF APPEAL as to 66 Memorandum Opinion, 59 Judgment - (Case), Judgment - (Case), 58 Order on Motion/Petition for Writ of Habeas Corpus,,, by Respondent Donald Roper. Filing fee $ 455, receipt number 0865-2327719. (Entered: 07/12/2010) |
| 07/13/2010 | 69 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by clerk to USCA regarding 68 Notice of Appeal. Notice of Appeal filed on 07/12/2010 by Respondent Donald Roper. NOTIFICATION TO COUNSEL AND PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH DISTRICT COURT CLERKS OFFICE. SUBMIT FORM A & B TO EIGHTH CIRCUIT CLERKS OFFICE(JMW) (Entered: 07/13/2010) |
| 07/15/2010 | 70 | Initial Notification from USCA for 68 Notice of Appeal filed by Donald Roper USCA Appeal Number: 10-2579(LGK) (Entered: 07/15/2010) |
| 07/23/2010 | 71 | |

|  |  | NOTICE OF CROSS APPEAL by Petitioner Marcellus Williams. (Entered: 07/23/2010) |
| --- | --- | --- |
| 07/23/2010 | 72 | MOTION for Leave to Appeal in forma pauperis by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 07/23/2010) |
| 07/23/2010 | 73 | MOTION for Certificate of Appealability by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 07/23/2010) |
| 07/26/2010 | 74 | NOTICE OF CROSS APPEAL by Petitioner Marcellus Williams. (Entered: 07/26/2010) |
| 07/26/2010 | 75 | ORDER: IT IS HEREBY ORDERED that Petitioner Marcellus Williams' motion to proceed on appeal informa pauperis 72 is GRANTED. IT IS FURTHER ORDERED that Petitioner Williams motion for a certificate of appealability 73 is DENIED as Williams has not made a substantial showing of the denial of a federal constitutional right in the claims raised in his motion. Signed by Honorable Rodney W. Sippel on 7/26/10. (ARL) (Entered: 07/26/2010) |
| 07/27/2010 | 76 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by clerk to USCA regarding 71 Notice of Cross Appeal and 74 Notice of Cross Appeal. Notice of Cross Appeals filed on 07/23/2010 and 07/26/2010 by Petitioner Marcellus Williams. NOTIFICATION TO COUNSEL AND PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH DISTRICT COURT CLERKS OFFICE. SUBMIT FORM A & B TO EIGHTH CIRCUIT CLERKS OFFICE (JMW) (Entered: 07/27/2010) |
| 07/30/2010 | 77 | Initial Notification from USCA for 74 Notice of Cross Appeal filed by Marcellus Williams USCA Appeal Number: 10-2682 (LGK) (Entered: 07/30/2010) |
| 08/20/2010 | 78 | CJA 30: Authorization to Pay Kent Gipson in Death Penalty Proceedings Voucher # 100810000002.. Signed by Honorable Rodney W. Sippel on 8/16/10. (KCM) (Entered: 08/20/2010) |
| 08/20/2010 | 79 | CJA 30: Authorization to Pay Laurence E. Komp in Death Penalty Proceedings Voucher # 100810000003.. Signed by Honorable Rodney W. Sippel on 8/16/10. (KCM) (Entered: 08/20/2010) |
| 12/14/2010 | 80 | JUDGMENT of USCA. USCA Appeal #: 10-2579, 10-2682. These appeals come before the court on appellee/cross-appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeals are dismissed.(ARL) (Entered: 12/14/2010) |
| 12/15/2010 | 81 | JUDGMENT of USCA as to 68 Notice of Appeal filed by Donald Roper Regarding: JUDGMENT-This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed. USCA Appeal #: 10-2682 (KJS) (Entered: 12/15/2010) |
| 12/17/2010 | 82 |  |

|  |  | Initial Notification and or Briefing Schedule from USCA for 71 Notice of Cross Appeal filed by Marcellus Williams, 68 Notice of Appeal filed by Donald Roper, 74 Notice of Cross Appeal filed by Marcellus Williams USCA Appeal Number: 10-2579 Method of Appendix due: 14 days from today Designation of record due: 14 days from today- appellant; 10 days from service of apellant's designation - appellee Briefs due: appellant 1/26/11; appellee 30 days from the date the court issues the notice of docket activity; reply brief - 14 days from the date the court issues the notice of docket activity (LGK) (Entered: 12/17/2010) |
|---|---|---|
| 02/23/2011 | 83 | ORDER of USCA - USCA Appeal #: 10-2682 - The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied. Judge Duane Benton is disqualified from the consideration or decision of this matter. (LAH) (Entered: 02/23/2011) |
| 03/02/2011 | 84 | MANDATE of USCA as to 71 Notice of Cross Appeal filed by Marcellus Williams, 68 Notice of Appeal filed by Donald Roper, 74 Notice of Cross Appeal filed by Marcellus Williams USCA #:10-2682(BAK) (Entered: 03/02/2011) |
| 06/29/2011 | 85 | LETTER from USCA regarding writ of certiorari filed with the U.S. Supreme Court re 68 Notice of Appeal. The petition for a writ of certiorari in the above entitled case was filed on June 22, 2011 and placed on the docket June 28, 2011 as No. 11-5005. (ARL) (Entered: 06/29/2011) |
| 11/09/2011 | 86 | LETTER from USCA regarding writ of certiorari filed with the U.S. Supreme Court USCA Appeal #: 10-2682. The Court today entered the following order in the above-entitled case: The petition for a writ of certiorari is denied.(BAK) (Entered: 11/09/2011) |
| 09/18/2012 | 87 | OPINION from USCA re 68 , 71 , 74 Notice of Appeal. USCA Appeal #: 10-2579. Marcellus Williams was convicted by a jury in Missouri of the first-degree murder of Felicia Gayle and sentenced to death. The Supreme Court of Missouri affirmed the conviction and sentence on direct review, State v. Williams, 97 S.W.3d 462 (Mo. 2003) (Williams I), and subsequently affirmed the denial of his motion for postconviction relief. Williams v. State, 168 S.W.3d 433 (Mo. 2005) Williams petitioned for a writ of habeas corpus in the district court under 28 U.S.C. § 2254. The district court denied relief on twelve of Williams's claims, but granted relief on his claim of ineffective assistance of counsel at the penalty phase of trial. The State appeals the grant of relief, and we reverse. See Opinion for full details. (ARL) (Entered: 09/18/2012) |
| 09/18/2012 | 88 | USCA JUDGMENT (10-2579) as to 68 , 71 , 74 Notice of Appeal filed by Donald Roper. This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel. After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court. (ARL) (Entered: 09/18/2012) |
| 09/21/2012 | 89 | OPINION from USCA re 74 Notice of Cross Appeal : USCA Appeal #: 10-2579 appeal opinion correction (LGK) (Entered: 09/21/2012) |

| | | |
|---|---|---|
| 12/06/2012 | 90 | ORDER of USCA USCA Appeal #: 10-2579 - The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied. Judge Benton did not participate in the consideration or decision of this matter.(LAH) (Entered: 12/06/2012) |
| 12/13/2012 | 91 | MANDATE of USCA as to 74 Notice of Cross Appeal filed by Marcellus Williams USCA #:10-2579 Reversed and remanded.(LGK) (Entered: 12/13/2012) |
| 12/19/2012 | 92 | JUDGMENT: IT IS HEREBY ORDERED, ADJUDGED and DECREED that the petition of Marcellus Williams for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED and JUDGMENT is entered in favor of Respondent Donald Roper.. Signed by District Judge Rodney W. Sippel on 12/19/12. (LGK) (Entered: 12/19/2012) |
| 02/04/2013 | 93 | Appeal Transmittal re 71 Notice of Cross Appeal, 68 Notice of Appeal, 74 Notice of Cross Appeal : USCA Appeal #: 10-2579 The following has been forwarded to USCA: 2 boxes of exhibits(LGK) (Entered: 02/04/2013) |
| 05/09/2013 | 94 | LETTER from USCA regarding writ of certiorari filed with the U.S. Supreme Court re 68 Notice of Appeal : USCA Appeal #: 10-2579. The petition for a writ of certiorari in the above entitled case was filed on May2, 2013 and placed on the docket May 7, 2013 as No. 12-10141.(ARL) (Entered: 05/09/2013) |
| 10/21/2013 | 97 | LETTER from USCA re : letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case. USCA Appeal #: 10-2579. (LGK) (Entered: 10/21/2013) |
| 03/25/2015 | 98 | CJA 30: Authorization to Pay Kent Gipson in Death Penalty Proceedings Voucher # 150227000003.. Signed by District Judge Rodney W. Sippel on 3/13/15. (JWD) (Entered: 03/25/2015) |
| 07/21/2017 | 99 | ORDER APPOINTING ATTORNEY: WHEREFORE, it is ORDERED, that the CJA appointment of Mr. Komp is terminated effective immediately and the Capital Habeas Unit of the Federal Public Defender for the Western District of Missouri is hereby appointed.Signed by District Judge Rodney W. Sippel on 7/21/17. (ARL) (Entered: 07/21/2017) |
| 07/25/2017 | 100 | ENTRY of Appearance by Laurence E. Komp for Petitioner Marcellus Williams. (Komp, Laurence) (Entered: 07/25/2017) |
| 07/31/2017 | 101 | MOTION for Relief *from* Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) by Petitioner Marcellus Williams. (Attachments: # 1 Exhibit Exhibits In Support of Motion for Relief from Judgment, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D)(Gipson, Kent) (Entered: 07/31/2017) |
| 07/31/2017 | 102 | MOTION to Stay *Execution* by Petitioner Marcellus Williams. (Gipson, Kent) (Entered: 07/31/2017) |

| PACER Service Center |
|---|
| |

| Transaction Receipt | | | |
|---|---|---|---|
| 07/31/2017 13:37:44 | | | |
| **PACER Login:** | mjspillane4523:5110406:4151810 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:05-cv-01474-RWS |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |