**Spillane, Mike**

| | |
|---|---|
| **From:** | Missouri Courts eFiling System <mocourts.efiling@courts.mo.gov> |
| **Sent:** | Wednesday, December 07, 2016 6:02 PM |
| **To:** | Missouri Courts eFiling Subscriber |
| **Cc:** | Spillane, Mike; 13th Judicial Circuit (Boone County) |
| **Subject:** | eNotice - 15BA-CV01828 - ST EX REL MARCELLUS WILLIAMS V TROY STEELE SC94720, Boone County - Circuit Court |

## ELECTRONIC NOTICE OF ENTRY
## (Supreme Court Rule 74.03)
## Boone County - Circuit Court
## 705 E Walnut, COLUMBIA, MO

## CASE NO: 15BA-CV01828 - ST EX REL MARCELLUS WILLIAMS V TROY STEELE SC94720

MOBAR: 40704
TO: Michael Joseph Spillane
YOU ARE HEREBY NOTIFIED that the court duly entered the following:

| Filing Date | Description | Text * | Last Activity |
|---|---|---|---|
| 12/7/16 1:30 PM | Hearing Held | Telephonic hearing held on record. Attorneys Komp, Gipson, Coulter and Spillane appear. Expert deposition being completed, Williams given 21 days from this date to file response to Steele¿s brief and Steele given 7 days thereafter to reply (unless waived). Upon filing of Steele reply or written waiver of same, Clerk shall advise Master and Master shall consider whether cause ripe for re-submission to the Supreme Court. At this time and subject to the briefs to be filed, parties suggest no further hearings required. In any event, Clerk shall advise Court of the pending of this cause no later than 1-5-17. go/master (em) | 12/7/16 2:59 PM |

NOTE: **You MUST be a registered user in order to view the documents. If you have not registered for eFiling click** here**.** If the case or document contains confidential information, you may not be able to view the case or document through the links provided. In the event you are unable to view information electronically, the court will provide a paper copy for your records.

1