# In the Supreme Court of Missouri

January Session, 2017

State ex rel. Marcellus Williams,

Petitioner,

No.  SC94720
St. Louis County Circuit Court No.  99CR-005297

Troy Steele,

Respondent.

*Now at this day, on consideration of the petition for a writ of habeas corpus herein to the said respondent, it is ordered by the Court here that the said petition be, and the same is hereby denied.*

STATE OF MISSOURI-Sct.

*I, BETSY AUBUCHON, Clerk of the Supreme Court of the State of Missouri, certify that the foregoing is a full, true and complete transcript of the judgment of said Supreme Court, entered of record at the January Session thereof, 2017, and on the 31st day of January, 2017, in the above-entitled cause.*

*WITNESS my hand and the Seal of the Supreme Court of Missouri, at my office in the City of Jefferson, this 31st day of January, 2017.*

_____, Clerk

_____, Deputy Clerk

Case: 4:05-cv-01474-RWS    Doc. #: 104-14    Filed: 08/02/17    Page: 2 of 2 PageID #: 1500

Supreme Court of Missouri

vs.

**MANDATE**

JUDGMENT