16-9003     DIAZ, JUAN C. V. SESSIONS, ATT'Y GEN.

The motion of petitioner for leave to proceed *in forma pauperis* is denied.  Petitioner is allowed until July 17, 2017, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

### CERTIORARI GRANTED

16-111      MASTERPIECE CAKESHOP, ET AL. V. CO CIVIL RIGHTS COMM'N, ET AL.

The motion of Foundation For Moral Law for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is granted.

16-1276     DIGITAL REALTY TRUST, INC. V. SOMERS, PAUL

The petition for a writ of certiorari is granted.

### CERTIORARI DENIED

15-888      GARCIA DE LA PAZ, ALEJANDRO V. COY, JASON, ET AL.

15-1305     BEAVEX, INC. V. COSTELLO, THOMAS, ET AL.

15-1345  )  ALI, YUSUF A. V. WARFAA, FARHAN M.
         )
15-1464  )  WARFAA, FARHAN M. V. ALI, YUSUF A.

16-481      TV AZTECA, ET AL. V. RUIZ, GLORIA D., ET AL.

16-789      HINRICHS, FLORIAN V. GEN. MOTORS OF CANADA

16-879      ALVAREZ, SANTIAGO V. SKINNER, FELICIA, ET AL.

16-971      VILLARREAL, RICHARD M. V. R.J. REYNOLDS TOBACCO, ET AL.

16-975      MIDWEST FENCE CORP. V. DEPT. OF TRANSPORTATION, ET AL.

16-988      SILVER, JOELLE V. CHEEKTOWAGA CENT. SCHOOL, ET AL.

16-999      NEGRON, RAYMOND V. UNITED STATES

16-1010     BOMBARDIER AEROSPACE CORP. V. UNITED STATES

16-1013     FL DEPT. OF REVENUE V. GONZALEZ, IRAIN L.

16-1056     BLACK, STEVE V. DIXIE CONSUMER PRODUCTS, ET AL.

16-8872    GOMEZ, JOSE G. V. DEPT. OF HOMELAND SECURITY

16-8876    FULMORE, AARON V. FLORIDA

16-8882    BROWN, GABRIEL J. V. DAVIS, DIR., TX DCJ

16-8883    BROWN, KEVIN A. V. MACLAREN, WARDEN

16-8886    ORDUNO, JORGE G. V. LACKNER, WARDEN

16-8891    KIM, WON I. V. HARRELL, KEVIN D., ET AL.

16-8892    MARTIN, LANCE R. V. PARAMO, WARDEN, ET AL.

16-8905    VENEY, JERMAINE V. VIRGINIA

16-8912    NEWELL, GARY T. V. LACKNER, WARDEN

16-8935    CARPIO, ANTHONY V. CALIFORNIA

16-8936    ELZEY, DISHAY D. V. KENT, WARDEN

16-8940    PARKER, JORDAN V. ILLINOIS

16-8946    SCOTT, WILLIE V. NAYLOR, RAYMOND, ET AL.

16-8963    WILLIAMS, MARCELLUS V. STEELE, SUPT., POTOSI

16-8975    CAMPBELL, EDWARD P. V. JONES, SEC., FL DOC, ET AL.

16-9010    HAWLEY, ROSS D. V. CLACKAMAS CIRCUIT COURT

16-9032    FIELDS, MARCIA V. UNITED STATES

16-9042    ADESANYA, ADEMOLA I. V. SESSIONS, ATT'Y GEN.

16-9044    CHARLTON, BOBBY S. V. OR DOC, ET AL.

16-9049    WELLS, LEVAR V. ILLINOIS

16-9065    DARDEN, HERBERT A. V. TEGELS, WARDEN

16-9067    MITCHELL, DENVER W. V. KELLEY, DIR., AR DOC

16-9074    CHI, ANSON V. JONES, DALLAS B.

16-9084    ARRIAGA, ANTHONY V. DIST. ATT'Y OF BRONX COUNTY, NY

16-9089    CURRIE, MICHAEL A. V. MSPB

16-9091    TASKOV, DRAGOMIR V. SESSIONS, ATT'Y GEN.

16-9105    RADILLA-ESQUIVEL, MIGUEL V. TEXAS

16-9116    RIVERA, MARLON V. LEWIS, WARDEN

7