# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 21, 2024

Laurence E. Komp
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 600
1000 Walnut Street
Kansas City, MO  64106-0000

RE:  24-2907  Marcellus Williams v. David Vandergriff

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Any petition for rehearing must be filed by 12:00 noon on September 22, 2024. If a petition is filed, then a response is ordered and must be filed by 5:00 p.m. on September 22, 2024.

Maureen W. Gornik
Acting Clerk of Court

AMT

Enclosure(s)

cc: Andrew James Clarke
    Clerk, U.S. District Court, Eastern District of Missouri
    Kent E. Gipson
    Katherine Griesbach
    Kirsten Pryde
    Michael Joseph Spillane
    Faith Tan
    Marcellus S. Williams

District Court/Agency Case Number(s):   4:05-cv-01474-RWS

Marcellus S. Williams

Petitioner - Appellant

v.

David Vandergriff

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-01474-RWS)
_____

**JUDGMENT**

Before COLLOTON, Chief Judge, SHEPHERD, and KELLY, Circuit Judges.

In accordance with the Court's order dated September 21, 2024, the application for a certificate of appealability is denied. The appeal is dismissed.

September 21, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Maureen W. Gornik